UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| BARBARA A. ROGGE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: 3:23-cv-201 |
| WAL-MART, | ) ) ) |
| Defendant. | ) ) |

**COMPLAINT**
**AND DEMAND FOR JURY TRIAL**

Comes now Plaintiff, Barbara A. Rogge, by counsel, and for her cause of action against the Defendant, Wal-Mart, states as follows:

1. That Plaintiff, Barbara A. Rogge, is a citizen and resident of Vanderburgh County, Indiana.

2. That Defendant, Wal-Mart, is a Delaware Corporation with its principal place of business in Bentonville, Arkansas.

3. That the amount in controversy, exclusive of interest and costs, is in excess of $75,000.

4. That by reason of the foregoing facts, diversity of citizenship and the amount in controversy exists between the parties thereby conferring jurisdiction of this action upon this Court.

5. That on November 15, 2021, Defendant, Wal-Mart, owned and operated the Walmart Supercenter Store #1341 located at 335 S. Red Bank Road Evansville, IN 47712.

6. That on November 15, 2021, Plaintiff Barbara A. Rogge was at said Walmart Store to

do business as a customer.

7. That at said time and place, Plaintiff Barbara A. Rogge slipped and fell on a wet floor that had just been cleaned near the registers.

8. That at said time and place, Defendant Wal-Mart had a duty, including to Plaintiff Barbara A. Rogge, that used said floor as a customer to keep said floor from becoming dangerous and unsafe for passage upon and over.

9. That at said time and place, Defendant Wal-Mart and/or an employee(s) of Defendant Wal-Mart breached said duty by not posting signs warning of a wet floor when said floor had become dangerous and unsafe for passage upon and over.

10. That at said time and place, the employee(s) who had cleaned said floor and negligently failed to post signs warning of a wet floor was employed by Defendant Wal-Mart and was within the course and scope of employment.

11. That as the direct and proximate result of Defendant Wal-Mart's negligence, Plaintiff Barbara A. Rogge sustained physical injuries and monetary damages including injuries to her knee and shoulder.

WHEREFORE, Plaintiff Barbara A. Rogge prays for a judgment of and from the Defendant, Wal-Mart, in an amount equal to her damages herein, costs and all other relief deemed appropriate in the premises.

## DEMAND FOR JURY TRIAL

PLAINTIFF RESPECTFULLY REQUESTS TRIAL BY JURY IN THE ABOVE CAPTIONED MATTER.

                        TULEY LAW OFFICE

By:    s/ Heath A. Tuley
        Daniel J. Tuley, #10930-82
        Heath A. Tuley, #29523-49
        Aaron F. Tuley, #34233-49
        20 N.W. 1st Street, Suite 610
        Evansville, IN 47708
        Phone: (812) 434-1936
        Facsimile: (812) 434-0224
        ATTORNEYS FOR PLAINTIFF